UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN RINKER and ARTHUR H. SPEIER, | § | |
| On Behalf of Themselves and All Others | § | |
| Similarly Situated | § | |
| | § | No. 4:11-cv-2860 |
| Vs. | § | Class Action |
| | § | |
| DUNCAN ENERGY PARTNERS L.P., | § | |
| W. RANDALL FOWLER, BRYAN F. | § | |
| BULAWA, WILLIAM A. BRUCKMANN, | § | |
| III, LARRY J. CASEY, RICHARD S. | § | |
| SNELL, DEP HOLDINGS, LLC and | § | |
| ENTERPRISE PRODUCTS PARTNERS L.P. | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate to entry of an order in the form submitted herewith dismissing all claims in this action without prejudice, with all parties bearing their own attorneys' fees and costs.

Dated:  October 17, 2011.

Respectfully submitted,

KAHN SWICK FOTI LLC

s/  Albert M. Myers
Albert M. Myers
albert.myers@ksfcounsel.com
Melinda A. Nicholson
melinda.nicholson@ksfcounsel.com
206 Covington Street
Madisonville, LA 70447
Tel: 504.455.1400

Arthur Sadin
SADIN LAW FIRM PC
121 Magnolia, Suite 102
Friendswood, TX 77546

asadin@sadinlawfirm.com
Tel: 281.648.7711
Fax: 281.648.7799

**ATTORNEYS FOR PLAINTIFFS**


VINSON & ELKINS L.L.P.

 s/  Karl S. Stern
Karl S. Stern, Attorney-in-Charge
State Bar No. 19175665
Southern District Bar No. 04870
Kenneth P. Held
State Bar No. 24030333
Southern District Bar No. 29197
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone: 713.758.2222
Telecopier: 713.615.5603

**ATTORNEYS FOR WILLIAM A.
BRUCKMANN III, LARRY J. CASEY,
and RICHARD S. SNELL**


FULBRIGHT & JAWORSKI L.L.P.

s/  Layne E. Kruse
Layne E. Kruse, Attorney-in-Charge
State Bar No. 11742550
Southern District Bar No. 2383
Darryl Anderson
State Bar No. 24008694
Southern District No. 25059
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

**ATTORNEYS FOR DEFENDANTS
DUNCAN ENERGY PARTNERS L. P. and
DEP HOLDINGS, LLC**

2

STRONG PIPKIN BISSELL & LEDYARD,  L.L.P.


s/  Michael Hendryx
Michael Hendryx
Texas Bar No. 09461200
Southern District Bar No. 2956
M. Chad Gerke
Southern District Bar No. 27007
Texas State Bar No. 24027390
1301 McKinney, Suite 2100
Houston, Texas 77010
713.651.1900 (telephone)
713.651.1920 (facsimile)
mhendryx@strongpipkin.com

**ATTORNEYS FOR ENTERPRISE PRODUCTS
PARTNERS L.P., W. RANDALL FOWLER,
and BRYAN F. BULAWA**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2011, the foregoing document was filed with the clerk of the court for the U.S. District Court, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of document by electronic means. I hereby certify that I have served the foregoing document on all individuals who have not consented to electronic notification by mail.

s/  Albert M. Myers