UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN RINKER and ARTHUR H. SPEIER, On Behalf of Themselves and All Others Similarly Situated<br><br>Vs.<br><br>DUNCAN ENERGY PARTNERS L.P., W. RANDALL FOWLER, BRYAN F. BULAWA, WILLIAM A. BRUCKMANN, III, LARRY J. CASEY, RICHARD S. SNELL, DEP HOLDINGS, LLC and ENTERPRISE PRODUCTS PARTNERS L.P. | § § § § § § § § § § § § § § § § | No. 4:11-cv-2860<br>Class Action |

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

Having considered the parties' Stipulation of Dismissal Without Prejudice, the Court hereby dismisses the above-captioned class action without prejudice with all parties bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: __Oct. 19__, 2011.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE